# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>Eugene Alexander<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     1:21-mj-00097<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 17, 2020  in the county of  Marion  in the
 Southern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm and Ammunition By a Prohibited Person |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Ryan VanOeveren
*Complainant's signature*

Ryan VanOeveren, TFO/ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
 telephone  *(reliable electronic means)*

Date: Date: 2/1/2021

City and state: Indianapolis, Indiana

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

Your Affiant, Ryan VanOeveren, being duly sworn, does depose and state:

### Affiant Background and Purpose of Affidavit

1. I am a Detective with the Indianapolis Metropolitan Police Department (IMPD) and have been employed by IMPD and its predecessor organization, the Indianapolis Police Department, as a sworn law enforcement officer since 2000. I am also a Task Force Officer (TFO) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and I have been so employed since 2017. In connection with my official ATF duties, I investigate criminal violations of federal laws, including, but not limited to, firearms and violent crime offenses in violation of Title 18, United States Code, Sections 922(g), 924(c), 1951, and 2119. In addition to my IMPD and ATF experience, I was previously assigned as a TFO with the Federal Bureau of Investigation (FBI) Safe Streets Task Force in Indianapolis for approximately four years between 2009 and 2013.

2. I have testified in judicial proceedings and prosecutions for violations of firearms laws and narcotics violations. I have also been involved in various types of surveillance and in the debriefing of defendants, witnesses, informants, and others who have knowledge of the use of firearms in conjunction with other criminal activities, including violent crimes and the distribution of controlled substances.

3. The information set forth in this Affidavit is based upon my participation in this investigation, review of law enforcement reports, discussions with other law enforcement officers involved in the investigation, and my experience and training. This Affidavit does not set forth every fact your Affiant has learned during this investigation, but rather is provided solely for establishing probable cause in support of the application for a Complaint in this matter. The

information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

4. This Affidavit is submitted in support of a Criminal Complaint charging Eugene ALEXANDER (date of birth XX/XX/1989) and Social Security Number XXX-XX-0793) with Possession of a Firearm and Ammunition By a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(1). The information contained in the following paragraphs is either personally known to your Affiant or was told to your Affiant by other law enforcement officers.

## Facts Supporting Probable Cause

5. On Tuesday, November 17, 2020, at approximately 1:39 p.m., both plain clothes and uniform police officers of the Indianapolis Metropolitan Police Department (IMPD) were in the area of East 38th Street and North Mitthoeffer Road, Indianapolis, Indiana. IMPD Officer Pflum observed and paced a maroon Yukon bearing an Indiana temporary paper plate (L570267) traveling northbound on North Mitthoeffer Road at approximately 50 mph in a 35 mph zone.

6. IMPD Officer Pflum radioed to IMPD Officer Schaller to stop the vehicle for the moving traffic violation. IMPD Officer Schaller followed the vehicle into the 4100 block of North Mitthoeffer Road and conducted a traffic stop. Officer Schaller approached the driver side of the vehicle while IMPD Officer Lorah approached the front passenger side of the vehicle. The driver of the vehicle was identified as Lotorio Dew and the front passenger was identified as Eugene ALEXANDER. Officer Schaller immediately smelled the odor of burnt marijuana coming from the inside of the vehicle when Dew rolled down the driver side window. Both Dew and ALEXANDER were asked to step from the vehicle and were both detained.

7. Officer Schaller asked Dew for consent to search the maroon GMC Yukon and Dew agreed. Due to the smell of burnt marijuana and consent from Dew, a search of the vehicle was

conducted. IMPD Sergeant Kavanaugh located a black bag directly behind the passenger seat on the floor. Inside the bag contained three bags of marijuana, a working digital scale, ALEXANDER's State of Indiana identification, and a loaded black Taurus G3 9mm handgun with seventeen (17) 9mm rounds of ammunition.

8. IMPD Officer Messer read ALEXANDER his *Miranda rights* and ALEXANDER stated he understood. Officer Messer interviewed ALEXANDER and during the interview ALEXANDER admitted the loaded black Taurus G3 9mm handgun found in the black bag was his and that he had bought it off the streets. ALEXANDER also stated he knew he was not supposed to be in possession of a firearm due to his status of being a convicted felon.

9. All the evidence was photographed, recovered, and transported to the IMPD property room. ALEXANDER was transported to the Marion County Jail.

10. ALEXANDER has sustained a conviction for a crime punishable by more than one (1) year of imprisonment, that is:

   a. Armed Robbery as a Class B felony in Marion County (Indiana) under cause number 49G05-0712-FB-256957, on or about September 20, 2008; and/or

   b. Resisting Law Enforcement as a D Level felony in Marion County (Indiana) under cause number 49F18-0809-FD-218125 on or about February 25, 2009; and/or

   c. Unlawful Possession of a Firearm by a Serious Violent Felon as a B Level felony in Marion County (Indiana) under cause number 49G50-1108-FB-054029, on or about February 7, 2012; and/or

   d. Unlawful Possession of a Firearm by a Serious Violent Felon as a Level 4 felony in Marion County (Indiana) under cause number 49G21-1503-F4-011017, on or about April 14, 2016.

11. The Taurus G3 9mm semiautomatic handgun bearing described above was not manufactured in the state of Indiana. By virtue of its presence in the State of Indiana, therefore, the firearms had to have been transported or shipped in interstate or foreign commerce.

12. At the time ALEXANDER possessed the Taurus G3 9mm semiautomatic handgun, ALEXANDER knew that he had been previously convicted of a crime punishable by more than one year of imprisonment.

13. All of the above-described events occurred in the Southern District of Indiana, Indianapolis Division.

**Conclusion and Request**

14. Your Affiant submits that, based on the facts set forth in this Affidavit, probable cause exists that on November 17, 2020, in the Southern District of Indiana, Eugene ALEXANDER having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1).  Accordingly, your Affiant requests this Court issue a Criminal Complaint charging ALEXANDER with this crime, along with a warrant for his arrest.

      /s/ Ryan VanOeveren, _____
Ryan VanOeveren, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by the applicant in accordance with the requirements of Federal Rules of Criminal Procedure 4.1 and 41(d)(3) by reliable electronic means

Date: 2/1/2021

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

5